**IT IS ORDERED as set forth below:**



**Date: July 1, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| JUDITH A. AUGUSTINE a/k/a ) | |
| JUDITH M. AUGUSINE a/k/a ) | Case no. 13-61478-wlh |
| JUDITH ALEXANDER AUGUSTINE ) | Chapter 7 |
| a/k/a JUDITH AUGUSTINE ) | |
| ) | |
| _____ ) | _____ |
| WILLIAM J. LAYING, JR., TRUSTEE ) | |
| for THE ESTATE OF JUDITH A. ) | |
| AUGUSTINE ) | Adversary Case No. 14-05455 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY f/k/a TRANSAMERICA ) | |
| OCCIDENTAL LIFE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

```
v.                                      )
                                        )
WILLIAM J. LAYING, JR., TRUSTEE for     )
THE ESTATE OF                           )
JUDITH A. AUGUSTINE and                 )
JUDITH A. AUGUSTINE                     )
                                        )
      Counterclaim and                  )
      Crossclaim Defendants             )
```

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND DISTRIBUTING FUNDS FROM THE REGISTRY OF COURT

WHEREAS, the parties have resolved all issues pertaining to the above-styled action, wish to dismiss the case and, pursuant to the agreed-upon terms herein, distribute the $268,357.04, plus applicable interest, currently in the registry of Court;

WHEREAS, Defendant Transamerica Life requests that it be awarded attorney's fees and costs incurred in connection with the above-styled proceeding and that it be discharged from further liability under life insurance Policy No. 92374403 (the "Policy"), payable by reason of the deaths of Cecil A. Alexander, Jr., and his wife, Helen E. Alexander (collectively "the Insureds"); and

WHEREAS, pursuant to Bankruptcy Rule 7041 and Federal Rule of Civil Procedure 41(a) (2), upon disbursement of the funds identified herein, Plaintiff and Defendant Transamerica Life request that all of their claims in this action be dismissed with prejudice.

NOW THEREFORE, with the consent of the parties, and for good cause shown, IT IS HEREBY ORDERED as follows:

(1)  Plaintiff and Defendant Transamerica Life's claims are hereby dismissed with prejudice;

(2)  Defendant Transamerica Life is discharged from further liability under life insurance Policy No. 92374403 (the "Policy"), payable by reason of the deaths of Cecil A. Alexander, Jr., and his wife, Helen E. Alexander (collectively "the Insureds");

(3)  Plaintiff and Judith A. Augustine are permanently restrained and enjoined from instituting or prosecuting any action or other proceeding against Transamerica in any state or United States court pertaining to the Policy payable by reason of the death of the insureds;

(4)  Defendant Transamerica Life is hereby awarded $3,025.00 in attorney's fees and costs;

(5)  The clerk is hereby authorized and directed to draw a check on the fund on deposit in the registry of the Court in the principal amount of $3,025.00, consisting of principal only, and not to include any interest, as an award to Transamerica of its reasonable attorney's fees and expenses incurred in this action, such check to be made payable to "Transamerica Life Insurance Company," and to be mailed to one of its attorneys, Jennifer N. Rathman, Smith Moore Leatherwood

LLP, Regions Plaza, 1180 West Peachtree Street, Suite 2300, Atlanta, Georgia 30309; and

(6) The clerk is hereby authorized and directed to draw a check on the fund on deposit in the registry of the Court for all remaining funds after payment of amounts specified in (5) above, including any accrued interest, minus any statutory user's fee, such check to be made payable to "Mitchell & Shapiro LLP, as counsel for Judith A. Augustine," and to be mailed to William R. Joiner, Esq., 3490 Piedmont Road, Suite 650, Atlanta, Georgia 30305.

## **END OF DOCUMENT**

Order Presented By:

/s/ William R. Joiner
William R. Joiner
Georgia Bar No. 397705
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
(404) 812-4747
(404) 812-4740 - facsimile
will@mitchellshapiro.com
*Counsel for Debtor*

**[signatures continued on next page]**

Consented to by:

/s/ Theodore N. Stapleton \_\_\_\_\_
Theodore N. Stapleton
Georgia Bar No. 675850
Theodore N. Stapleton, PC
Suite 100-B
2802 Paces Ferry Road
Atlanta, GA 30339
770/436-3334
404/935-5344 - facsimile
tstaple@tstaple.com
*Counsel for Plaintiff*

/s/ Jennifer N. Rathman \_\_\_\_\_
Jennifer N. Rathman
Georgia Bar No. 411044
Smith Moore Leatherwood LLP
Suite 2300
1180 W. Peachtree Street
Atlanta, Georgia 30309
404/962-1074
404/962-1200 – facsimile
jennifer.rathman@smithmoorelaw.com
*Counsel for Transamerica Life Insurance Company*

**DISTRIBUTION LIST**

Howard Jay Kent, Esq.
The Kent Law Firm
Suite 750
3355 Lenox Road
Atlanta, GA 30326

William J. Layng, Jr. , Esq.
William J. Layng, Jr., PC
Suite 1500
400 Galleria Parkway
Atlanta, GA 30339

William R. Joiner, Esq.
Mitchell & Shapiro LLP
3490 Piedmont Road
Suite 650
Atlanta, GA 30305

Jennifer N. Rathman, Esq.
Smith Moore Leatherwood LLP
Suite 2300
1180  W. Peachtree Street
Atlanta, Georgia 30309

Theodore N. Stapleton, Esq.
Theodore N. Stapleton, PC
Suite 100-B
2802 Paces Ferry Road
Atlanta, GA 30339